UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KARILLE ORMSBY,

               Plaintiff,                         **NOTICE OF REMOVAL**
                                                     Supreme Court

           -against-                       County of Bronx

CAYUGA CENTERS,                          Index No.: 802742/2022E

               Defendant.
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant CAYUGA CENTERS (hereinafter "Cayuga"), by and through its attorneys, Kaufman Dolowich & Voluck, LLP, hereby removes this action to the United States District Court for the Southern District of New York. Defendant Cayuga respectfully states the following grounds for removing this action:

### THE REMOVED CASE

1.      Cayuga is the defendant in a civil action entitled *Karille Ormsby v. Cayuga Centers,* Index No. 802742/2022E, pending in the Supreme Court of the State of New York, County of Bronx ("State Court Action").

### PAPERS FROM REMOVED ACTION

2.      As required by 28 U.S.C. § 1446(a), attached as **Exhibit A** are copies of all process, pleadings, orders, and papers received or filed by Cayuga in the State Court Action.

### THE REMOVAL IS TIMELY

3.      On August 25, 2022, Plaintiff filed the Complaint in the State Court Action with the Bronx County Clerk. See **Exhibit A**.

4.      Simultaneous with the filing, Cayuga's counsel was served with the Complaint via NYSCEF. A copy of the NYSCEF Confirmation Notice is attached as **Exhibit B.**

5.      The Notice of Removal is filed within 30 days of the service upon Defendant of the Complaint, and therefore, is timely under 28 U.S.C. § 1446(b).

## THE VENUE REQUIREMENT IS MET

6.      Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the State Court Action was pending.

## THIS COURT HAS JURISDICTION

7.      The above-captioned action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint alleges, *inter alia*, a claim for violation of the Equal Pay Act as codified in 29 U.S.C. § 206 and discrimination/retaliation in violation of 42 U.S.C. §1981.  Thus, the plaintiff's claims arise under the laws of the United States.

8.      Pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over the additional claims made by plaintiff in the Complaint, *inter alia*, discrimination/retaliation pursuant to New York State Human Rights Law and the New York City Human Rights Laws, as well as violation of Article 6 of the New York State Equal Pay Act and New York Labor Law §190, as the claims are so related to the claims for which this Court has original jurisdiction for form part of the same case or controversy under Article III of the United States Constitution.

9.      Therefore, this action may be removed to this District Court pursuant to 28 U.S.C. § 1441 without regard to the citizenship of the parties or the amount in controversy.

## FILING OF REMOVAL PAPERS

10.      Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff, and a Notice to Clerk of Removal is simultaneously being

filed with the Supreme Court of the State of New York, County of Bronx. A true and correct copy of this Notice is attached hereto as **Exhibit C**.

**WHEREFORE,** Defendant hereby removes the above-captioned action from the Supreme Court of New York, County of Bronx, and requests that the matter proceed in this Court as an action properly removed thereto, as provided by law.

Dated: White Plains, New York
September 8, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP

Melissa C. Cartaya
Attorneys for the Defendants
CAYUGA CENTERS
245 Main Street, Suite 330
White Plains, New York 10601
914-470-0001

TO:    GODDARDLAW, PLLC
Attorneys for the Plaintiff
KARILLE ORMSBY
39 Broadway, Suite 1540
New York, New York 10006
646-504-8363