# EXHIBIT B

 

# NYSCEF Confirmation Notice
# Bronx County Supreme Court

The NYSCEF website has received an electronic filing on 08/25/2022 08:03 PM. Please keep this notice as a confirmation of this filing.

**802742/2022E**
**Karille Ormsby v. Cayuga Centers**
Assigned Judge: None Recorded

## Documents Received on   08/25/2022 08:03 PM

| Doc # | Document Type |
|---|---|
| 6 | SUMMONS WITH NOTICE (FEE PREVIOUSLY PAID) |
| 7 | COMPLAINT |

## Filing User

Megan Sarah Goddard | Megan@Goddardlawnyc.com | 646-504-8363
39 Broadway Suite 1540, New York, NY 10006

## E-mail Notifications

An email regarding this filing has been sent to the following on 08/25/2022 08:03 PM:

  JUILIET H. CRITSIMILIOS - juliet@goddardlawnyc.com
  MEGAN S. GODDARD - Megan@Goddardlawnyc.com
  SIOBHAN A. HEALY - shealy@kdvlaw.com

---

**Kevin Rothermel, Acting Bronx County Clerk**
Phone: 718-590-8122 (fax)     Website: http://ww2.nycourts.gov/COURTS/12JD/BRONX/countyclerk/index.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile