UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KARILLE ORMSBY,

                Plaintiff,

      -against-

CAYUGA CENTERS,

                Defendant.
--------------------------------------------------------X

Case No.: 22-cv-07663

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees or expenses.

Dated:   White Plains, New York
            June 6, 2023

| GODDARD LAW PLLC | KAUFMAN, DOLOWICH & VOLUCK, LLP |
|---|---|
| By: *(signed)* Frances Codd Slusarz | By: *(signed)* M Cartaya |
| Attorneys for Plaintiff | Melissa Cartaya (MC 3036) |
| *KARILLE ORMSBY* | Attorneys for Defendants |
| 39 Broadway, Suite 1540 | *CAYUGA CENTERS* |
| New York, New York 10006 | 245 Main Street, Suite 330 |
| (646) 964-1178 | White Plains, New York 10601 |
| | (914) 470-0001 |